WALERIA PODBIELSKI Appellant, v. PAMELLA A. CONRAD et al., Defendants. CHARLES K. FINCH, Respondent.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.